UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Subpoenas in<br>JEANNE PAHLS, *et al.*,<br><br>    Plaintiffs,<br><br> v.<br><br>BOARD OF COUNTY COMMISSIONERS<br>FOR THE COUNTY OF BERNALILLO, *et al.*,<br><br>    Defendants.<br><br>EXECUTIVE OFFICE OF THE<br>PRESIDENT OF THE UNITED STATES<br><br>    Third-Party Movant. | No. 08-mc-0362 (RJL) |

**NOTICE OF APPEARANCE**

  The Clerk will please note the appearance of Arthur B. Spitzer as counsel of record for the plaintiffs in this matter.

             /s/ *Arthur B. Spitzer*
             _____
             Arthur B. Spitzer (D.C. Bar No. 235960)
             American Civil Liberties Union
              of the National Capital Area
             1400 20th Street NW, Suite 119
             Washington DC 20036
             Tel (202) 457-0804
             Fax (202) 452-1868

June 19, 2008