UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Subpoenas in<br>JEANNE PAHLS, *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS<br>FOR COUNTY OF BERNALILLO, *et al.*,<br><br>    Defendants<br><br>and EXECUTIVE OFFICE OF THE<br>PRESIDENT OF THE UNITED STATES<br><br>    Petitioner | No. 08-mc-0362 (RJL) |

**EXECUTIVE OFFICE OF THE PRESIDENT'S**
**NOTICE OF APPEARANCE OF JEFFREY M. SMITH**

    PLEASE TAKE NOTICE that Jeffrey M. Smith hereby enters his appearance on behalf of the Executive Office of the President.  Mr. Smith's address for regular U.S. mail is:

    Jeffrey M. Smith
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    P.O. Box 883
    Washington, D.C. 20044

    Mr. Smith's address for overnight mail and hand delivery is:

    Jeffrey M. Smith
    U.S. Department of Justice
    Civil Division, Federal Programs Branch
    20 Massachusetts Avenue N.W., Room 7144
    Washington, D.C. 20001

    Mr. Smith may be reached by phone at (202) 514-5751. Faxes for Mr. Smith should be

sent to (202) 616-8202, and e-mail may be sent to Jeffrey.Smith5@usdoj.gov.

July 9, 2008                                Respectfully submitted,

                                            GREGORY G. KATSAS
                                            Assistant Attorney General

                                            JOHN O'QUINN
                                            Deputy Assistant Attorney General

                                            JEFFREY A. TAYLOR
                                            United States Attorney

                                            ARTHUR R. GOLDBERG (D.C. Bar #180661)
                                            Assistant Branch Director

                                            */s/ Jeffrey M. Smith*
                                            JEFFREY M. SMITH (D.C. Bar # 467936)
                                            Department of Justice
                                            Civil Division, Federal Programs Branch
                                            20 Massachusetts Ave., NW,
                                            Washington, D.C. 20530
                                            Tel: (202) 514-5751
                                            Fax: (202) 616-8202

                                            *Counsel for the Executive Office of the President*