UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Subpoenas in<br>JEANNE PAHLS, *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS<br>FOR COUNTY OF BERNALILLO, *et al.*,<br><br>    Defendants<br><br>and EXECUTIVE OFFICE OF THE<br>PRESIDENT OF THE UNITED STATES<br><br>    Petitioner | No. 08-mc-0362 (RJL) |

**THE EXECUTIVE OFFICE OF THE PRESIDENT OF THE UNITED
STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

    The Executive Office of the President of the United States respectfully seeks an extension of the time for status reports in this case for one week until August 18, 2008. In a July 30, 2008 Minute Entry, the Court instructed counsel to file a Joint Status Report or separate Status Reports one week after the deposition of a Secret Service agent. The deposition was held on August 4, 2008. Counsel for the Executive Office of the President has not yet obtained the transcript of the deposition and thus requests an additional week in order to more fully inform the Court of the status of the case.

    Undersigned counsel has consulted with plaintiffs' counsel, and plaintiffs' counsel stated that plaintiffs do not oppose this motion. The granting of this motion shall not result in the continuance of any hearing, conference, or trial. A proposed Order accompanies this Motion.

August 7, 2008               Respectfully submitted,

                                          GREGORY G. KATSAS
                                          Assistant Attorney General

                                          JOHN O'QUINN
                                          Deputy Assistant Attorney General

                                          JEFFREY A. TAYLOR
                                          United States Attorney

                                          ARTHUR R. GOLDBERG (D.C. Bar #180661)
                                          Assistant Branch Director

                                          */s/ Jeffrey M. Smith*
                                          JEFFREY M. SMITH (D.C. Bar # 467936)
                                          Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Ave., NW,
                                          Washington, D.C. 20530
                                          Tel: (202) 514-5751
                                          Fax: (202) 616-8202

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Subpoenas in<br>JEANNE PAHLS, *et al.*,<br><br>    Plaintiffs<br><br>v.<br><br>BOARD OF COUNTY COMMISSIONERS<br>FOR COUNTY OF BERNALILLO, *et al.*,<br><br>    Defendants<br><br>and EXECUTIVE OFFICE OF THE<br>PRESIDENT OF THE UNITED STATES<br><br>    Petitioner | No. 08-mc-0362 (RJL) |

### **[proposed] Order**

Upon consideration of the Executive Office of the President of the United States' Unopposed Motion for an Extension of Time, it is ORDERED that:

the Motion is granted; and it is

FURTHER ORDERED that the parties shall file a Joint Status Report or separate Status Reports on or before August 18, 2008.

Dated: _____

                                                                                                             Honorable Richard J. Leon
                                                                                                             United States District Judge