UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re Subpoenas in
JEANNE PAHLS, *et al.*,

                 Plaintiffs,

     v.                                                          No. 08-mc-0362 (RJL)

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF BERNALILLO, *et al.*,

                 Defendants;

EXECUTIVE OFFICE OF THE
PRESIDENT OF THE UNITED STATES,

                 Third-Party Movant.

## PLAINTIFFS' SUPPLEMENTAL STATUS REPORT

       Plaintiffs file this supplemental status report to apprise the Court of important new developments.

       1.  The deposition of the Secret Service Special Agent who served as the Transportation Agent at the August 2007 Albuquerque event has now been scheduled for September 5, 2008.

       2.  Plaintiffs' counsel have recently become aware that the Mayor of Albuquerque stated to one of the plaintiffs that the reason Albuquerque city police officers stopped the plaintiffs and other anti-Bush demonstrators at a roadblock far from the August 2007 presidential event was because the "Bush Advance Team" had told the local police that they (the Advance Team), were going to call the shots about how demonstrators would be handled at that event.  *See* Declaration of Merimee Moffitt, filed herewith.  Plaintiffs plan to obtain sworn testimony from the Mayor, by declaration or deposition.

The "Bush Advance Team" is quite likely to be the White House Office of Presidential Advance.  Based on this evidence, in addition to the motion to quash discovery from the White House Office of Advance should be denied.

Respectfully submitted,

/s/ *Arthur B. Spitzer*
_____

Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street NW, Suite 119
Washington DC 20036
Tel (202) 457-0804
Fax (202) 452-1868

Attorney for Plaintiffs

September 2, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re Subpoenas in
JEANNE PAHLS, *et al.*,

    Plaintiffs,

   v.

BOARD OF COUNTY COMMISSIONERS
FOR THE COUNTY OF BERNALILLO, *et al.*,

    Defendants;

EXECUTIVE OFFICE OF THE
PRESIDENT OF THE UNITED STATES,

    Third-Party Movant.

No. 08-mc-0362 (RJL)

## DECLARATION OF MERIMEE MOFFITT IN OPPOSITION TO THE THIRD-PARTY MOVANT'S MOTION TO QUASH

I, Merimee Moffitt, declare as follows:

1. I am one of the plaintiffs in this case. I make this declaration in opposition to the Motion to Quash filed on behalf of the Office of White House Advance.

2. I am a member of CODEPINK Women for Peace, an international organization focused in the USA on ending the war in Iraq and promoting world peace.

3. On August 27, 2007, President Bush appeared at a fundraiser for Senator Pete Domenici at the Los Ranchos de Albuquerque estate of Mayor Larry Abraham (Mayor of Los Ranchos de Albuquerque). Together with other members of CODEPINK, I attended a demonstration on Rio Grande Boulevard, the road leading to the mayor's home. We were required to stage our demonstration far away from the mayor's home. We were denied the same access that was granted to a group of pro-Bush demonstrators who were

allowed to stand within a few feet of the Bush motorcade. Our group and other anti-war groups with peace signs and posters were kept out of sight, and the tone of several of the police directives to us was far more hostile than we had previously encountered in our 2006 and 2007 activities.

4.     About two weeks after the event, plaintiffs Becky Wilson and I spoke with Albuquerque Mayor Marty Chavez to complain about how we were treated. Mayor Chavez told us that the "Bush Advance Team" told the local police that they (the Advance Team), had the authority to call the shots about how the demonstrators would be handled.

5.     We were able to speak with Mayor Chavez because we ran into him at a local growers' market. He was there speaking at some sort of town hall function.

6.     I asked Mayor Chavez why the police presence was so much more hostile and aggressive during the President's visit than it had been at the five or six other demonstrations I'd participated in the last two years.

7.     Mr. Chavez said that it was the Bush advance team that came and told the local police officers that they, the advance team, had precedence or jurisdiction when the White House was involved, and they were going to call the shots regarding demonstrators.

8.     Mayor Chavez said that he disagreed with the way demonstrators had been treated, apologized, and promised us it would not happen again.

I declare under penalty of perjury that the foregoing is true and correct.

2

Executed on this _1_ day of _Sept_ , 2008

Merimee Moffitt